F. L. SHUTTLESWORTH and Charles
BILLUPS, Appellants,

v.

Eugene Bull CONNOR, Commissioner of
Public Safety, Birmingham, Ala-
bama, et al., Appellees.

No. 18838.

United States Court of Appeals
Fifth Circuit.

June 12, 1961.

Leonard W. Holt, Norfolk, Va., for
appellant.

J. M. Breckenridge, James A. Simpson,
Birmingham, Ala., Lange, Simpson, Rob-
inson & Somerville, by Henry E. Simp-
son, Birmingham, Ala., of counsel, for
appellee.

Before JONES and BROWN, Circuit
Judges, and De VANE, District Judge.

PER CURIAM.

The district court entered an
order denying an application for a tem-
porary injunction. The plaintiffs have
appealed from the order. Whether or
not a temporary injunction is to be
granted rests largely within the discre-
tion of the district courts. It is not
generally regarded as a matter of right.

Yakus v. United States, 321 U.S. 414,
64 S.Ct. 660, 88 L.Ed. 834; Home Deco-
rators, Inc. v. Herfort, 5 Cir., 1950, 179
F.2d 398; Central Hanover Bank & Trust
Co. v. Callaway, 5 Cir., 1943, 135 F.2d
592. It does not appear that there has
been any abuse of discretion and the
order of the district court is

Affirmed.